UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| HEIDI RODRIGUEZ and JUAN RODRIGUEZ, individually and as parents and natural guardians of the minor child, A.R.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>VILLAGE GREEN REALTY, INC. D/B/A VILLAGE GREEN and BLANCA APONTE,<br><br>　　　　　Defendants. | Case No. 1:11-CV-1068-TJM-DRH |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiffs Heidi and Juan Rodriguez, individually and as parents and natural guardians of the minor child, A.R., through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit each and every part of the final judgment entered in this action on December 17, 2013 (Doc. No. 91), dismissing the plaintiffs' claims under 42 U.S.C. §§ 3604(c), (d), and (f).

Dated: December 20, 2013

/s/ Michael Allen
Michael Allen, *Pro Hac Vice*
Timothy Smyth, *Pro Hac Vice*
RELMAN, DANE & COLFAX PLLC
1225 19th St., NW, Suite 600
Washington, DC 20036
(202) 728-1888
mallen@relmanlaw.com
tsmyth@relmanlaw.com


/s/ Mark S. Mishler
Mark S. Mishler, *Admitted in New York*
Bar roll # 102213
LAW OFFICE OF MARK S. MISHLER, P.C.
750 Broadway
Albany, NY 12207
(518) 462-6753
mishlerlaw@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice of Appeal was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the counsel of record, this 20th day of December, 2013.

                                                  /s/ Timothy Smyth
                                                  Timothy Smyth